UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Shawn Garcia

                    Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20   -CR- 673( )( )

Defendant __Shawn Garcia__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/ Sylvie Levine
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

Shawn Garcia
**Print Defendant's Name**

_____
**Defendant's Counsel's Signature**

Sylvie Levine
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

12/22/20
**Date**

_____
**U.S. District Judge/U.S. Magistrate Judge**