UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :
UNITED STATES OF AMERICA                  :
                    :
               -v-                  :                20 Crim. 673 (JPC)
                    :
SHAWN GARCIA, a/k/a "Ralph Porter," OSCAR RIOS,  :                ORDER
a/k/a "Oski," and SUTHA TAYLOR a/k/a "Sutha Colon," :
                    :
                Defendants.        :
                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of Anthony Cecutti's filing of a notice of appearance as retained counsel for Defendant Shawn Garcia, Dkt. 30, the Court intends to relieve Sylvie Levine of the Federal Defenders of New York as counsel in this matter. Should Ms. Levine have any objection to being relieved as counsel, she should notify the Court by letter by February 16, 2021. Otherwise, the Court will relieve her as counsel without further notice. In the event the Court relieves Ms. Levine as counsel, she should provide any relevant files pertaining to her defense of Mr. Garcia in this case to Mr. Cecutti as soon as practicable.

       SO ORDERED.

Dated: February 12, 2021
       New York, New York

                                                  JOHN P. CRONAN
                                                  United States District Judge