UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

SHAWN GARCIA

                                 Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 673 (   )(   )

Defendant __SHAWN GARCIA_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

/s/ by Sylvie Levine
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Shawn Garcia**
_____
Print Defendant's Name

*SL*
_____
Defendant's Counsel's Signature

**Sylvie Levine**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

February 5, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge