UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                   :

UNITED STATES OF AMERICA                 :

           -v-                                :          20 Crim. 673 (JPC)

SHAWN GARCIA, a/k/a "Ralph Porter," OSCAR RIOS,  :          ORDER
a/k/a "Oski," and SUTHA TAYLOR a/k/a "Sutha Colon," :

                    Defendants.              :

------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       In light of Anthony Cecutti's filing of a notice of appearance as retained counsel for Defendant Shawn Garcia, Dkt. 30, Sylvie Levine is relieved as counsel. Ms. Levine should provide any relevant files pertaining to her defense of Mr. Garcia in this case to Mr. Cecutti as soon as practicable. The Clerk of Court is respectfully directed to terminate Ms. Levine as counsel.

       SO ORDERED.

Dated: February 22, 2021
       New York, New York                             JOHN P. CRONAN
                                                                United States District Judge