UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
:
    -v-    :   20 Cr. 673 (JPC)
:
SHAWN GARCIA, a/k/a "Ralph Porter," OSCAR RIOS, :   ORDER
a/k/a "Oski," and SUTHA TAYLOR a/k/a "Sutha Colon," :
:
            Defendants. :
:
------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

On December 1, 2020, the Honorable Katherine H. Parker denied Defendant Shawn Garcia's request for bail at his presentment. (*See* Dkt. 14.) Three weeks later, and on December 22, 2021, Defendant made a renewed bail application before this Court, which was also denied. (*See* Dkt. 26.)

On February 23, 2021, Defendant made another application for bail. (Dkt. 35.) At Defendant's request, the Court will conduct another bail hearing on February 25, 2021 at 9:00 a.m. Given the short notice, the Government need not make a submission, but may do so if it wishes by 11:59 p.m. on February 24, 2021. If the Government chooses to make a submission, the Government should provide any relevant updates as to conditions at the Metropolitan Detention Center particularly as to Defendant's ability to review discovery and prepare his defense, as well as any further arguments that the Government wishes to make. However, the Government need not reiterate in writing arguments that were made at the December 22, 2021 hearing.

In advance of the February 25, 2021 hearing, Mr. Cecutti should review the transcripts from the prior bail hearings and be prepared to explain why the Court should depart from its prior ruling.

SO ORDERED.

Dated: February 24, 2021
       New York, New York                  _____
                                           JOHN P. CRONAN
                                           United States District Judge