UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

      -against-

                                              -CR-    (  ) (  )

                                              Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer


_____Shawn Garcia (by counsel)_____          _____*Anthony Cecutti*_____
Defendant's Signature                                              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____                     _____
Print Defendant's Name                                            Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_____                                 _____
Date                                                                             U.S. District Judge/U.S. Magistrate Judge