UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

　　　　　　　　-against-

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　-CR-　　( )( )


　　　　　　　　　　　　　　　　　　Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___　　Initial Appearance Before a Judicial Officer

___　　Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　　Bail/Detention Hearing

___　　Conference Before a Judicial Officer


   Shawn Garcia (by counsel)　　　　　　　　　　　　　*Anthony Cecutti*
_____　　　　　　　　_____
Defendant's Signature　　　　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)


_____　　　　　　　　_____
Print Defendant's Name　　　　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

   3/30/2021　　　　　　　　　　　　　　　　_____
Date　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge