**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 15, 2021

**BY ECF**
The Honorable John P. Cronan
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      **Re: United States v. Shawn Garcia; 20 Cr. 673 (JPC)**

Dear Judge Cronan:

  I represent Shawn Garcia in the above-referenced matter. Mr. Garcia is scheduled to be sentenced on Monday, December 20, 2021.

  In connection with Mr. Garcia's sentencing proceeding, I respectfully request that the Court permit four of Mr. Garcia's family members to speak. Specifically, I request that Mr. Garcia's older sisters, Yvonne Marion, Var-Mel George, and Joy Garcia, and younger sister, Leell Garcia, be given the opportunity to share for a few minutes with the Court, their experiences and insights about Mr. Garcia.

  Thank you for your consideration.

              Respectfully submitted,

                 /s/

              Anthony Cecutti, Esq.

This request is granted. The four family members listed above may speak at the sentencing hearing. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 65.

SO ORDERED.
Date: December 16, 2021
New York, New York

        JOHN P. CRONAN
        United States District Judge